196 So. 141

### Oscar ETHERTON v. STATE.
### 7 Div. 629.

Supreme Court of Alabama.

May 9, 1940.

W. M. Beck, of Fort Payne, for petitioner.

Thos. S. Lawson, Atty. Gen., for respondent.

GARDNER, Chief Justice.

Petition of Oscar Etherton for certiorari to the Court of Appeals to review and revise the judgment and decision of that Court in the case styled Etherton v. State, 196 So. 139.

Writ denied.

THOMAS, BOULDIN, and FOSTER, JJ., concur.